Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI         CASE No._____

Debtor      Martin Oliver                      Current Monthly Income  $ 3192.00  joint
Joint Debtor  Diane Oliver                     Current Monthly Income
Address 5316 King Road, Meridian, MS 39305            No. of Dependents   0
Telephone No. _____           Tax Refunds and EIC for Distribution: <u>NONE</u>

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed and the treatment of all secured / priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months.  Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)    Debtor shall pay $ 816.00 semi-monthly to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer at:

       Calvary Christian School, 3917 7th Street, Meridian, MS 39307

(B)    Joint Debtor shall pay $ 0  to the Chapter 13 Trustee.  A payroll deduction order will be issued to Joint Debtor's employer at:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full:
IRS: <u>None</u>        STATE TAX  COMM: <u>$93.00 @ $2.00</u>            OTHER: <u>None</u>

**DOMESTIC SUPPORT OBLIGATIONS (POST-PETITION) DUE TO** _____
beginning _____ 2010 in the amount of $_____ per month shall be paid:
_____direct  _____through payroll deduction  _____through the plan.

**PRE-PETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO** _____
in the amount of $_____ shall be paid $_____ per month:
_____through payroll deduction  _____through the plan.

**HOME MORTGAGE  § 524(i) Application of Payments**

Current Mortgage payments to: Chase   beginning Sept 10  @ $989.71    (X) PLAN

Mortgage Arrearage payments to: Chase through Aug 10  $4,401.09  @ $73.35

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. § 1325(a)(5)(B)(i), until the plan is completed and be paid as secured claimant(s) the sum set out in the Total to Be Paid or pursuant to Order of the Court.  That portion of the claim not paid as secured shall be paid as an unsecured claim.

(Interest Rate shall be 7%.)

| CREDITOR & COLLATERAL | AMT OWED | VALUE | TOTAL TO BE PAID | MONTHLY PAYMENT |
|---|---|---|---|---|
| Wells Fargo 2007 Toyota | 11,873.00 | 12,000 | 14,107.00 | 235.00 |
| HSBC 2004 Yamaha V Star | 6,678.28 | 2,500.00 | 7,934.00 | 132.00 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR IS TO PAY ZERO ON SECURED PORTION OF DEBT. Where a proposal is for payment, creditor must file a proof of claim to receive proposed payment.

**Creditor's Name     Collateral or Type of Debt         Amount Owed            Proposal**

   NONE

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to adequate protection payments**: _____**
**_____**

**UNSECURED DEBTS:** totaling approximately $22,019.00  are to be paid in deferred payments to Creditors that have filed claims that are not disallowed:  <u>0 %</u>  **PER CENT MINIMUM.**

Total Attorney Fees Charged <u>$2,800.00</u>           Pay administrative costs and
Attorney Fees Previously Paid <u>$ 0</u>              debtor attorney fees pursuant to
Attorney Fees to be paid through the plan <u>$2,800.00.</u>   Court Order and/or Local Rules.

Name/Address/Phone # of Vehicle Insurance agent:

_____

**Attorney for Debtor:**
Frank H. Coxwell
500 North State Street
Jackson, MS 39201
Telephone (601) 948-4450
Fax (601) 608-7858
E-mail  frankc@coxwelllaw.com

July 9, 2010        DEBTOR : */s/ Martin Oliver*
_____          DEBTOR : */s/Diane Oliver*
                    ATTORNEY: <u>*/s/ Frank Coxwell*</u>